# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL THOMPSON-JONES,

        Plaintiff,

        -vs-                                    Case No.   13-CV-241

SHERIFF GOSSAGE, CAPTAIN MALCOMSON,
LT. STEFFEN, and CHAPLAIN CARRIE,

        Defendants.

## DECISION AND ORDER

A review of this file discloses that the defendants filed a motion for summary judgment on January 10, 2014. Court records indicate that copies of the motion and supporting brief were mailed to the plaintiff on January 10, 2014. The plaintiff has been granted two extensions of time to respond to the motion. The latest order granted him until May 15, 2014, to respond to the defendants' summary judgment motion.

Court records show that the plaintiff did not file any response to the defendants' motion. Therefore,

**IT IS ORDERED** that this action be dismissed with prejudice for lack of prosecution effective **June 10, 2014**, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b), unless prior to that date the plaintiff responds to the defendants' motion or establishes just cause for his failure to respond to said

motion as required.

Dated at Milwaukee, Wisconsin, this 21st day of May, 2014.

**SO ORDERED,**

_____
**HON. RUDOLPH T. RANDA**
**U. S. District Judge**

**Civil Local Rule 41(c)**
**Dismissal for Lack of Diligence**

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.